10-2917-cv(L)
Malone v. Bayerische Hypo-Und Vereinsbank

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of June, two thousand eleven.

PRESENT: CHESTER J. STRAUB,
REENA RAGGI,
RICHARD C. WESLEY,
*Circuit Judges.*

------------------------------------------------

MICHAEL MALONE and BARBARA MALONE, Husband and Wife,

*Plaintiffs-Appellants,*

-v.-                                    10-2917-cv (Lead)
                                        10-2920-cv (Con)

BAYERISCHE HYPO-UND VEREINSBANK, AG, NEW YORK BRANCH, BAYERISCHE HYPO-UND VEREINSBANK US FINANCE, f/k/a BAYERISCHE HYPO-UND VEREINSBANK STRUCTURED FINANCE, INC., KATTEN MUCHIN ROSENMAN, LLP, f/k/a ROSENMAN COLIN, LLP, ENTERPRISE FINANCIAL SERVICES CORPORATION, A MISSOURI CORPORATION, f/k/a ENTERPRISE BANK,

*Defendants-Appellees,*

DOES, 1 THROUGH 50,

*Defendants.*[*]

---

[*]The Clerk of the Court is directed to amend the official caption in accordance with this order.

FOR APPELLANTS:            BRIAN G. ISAACSON, Isaacson & Wilson, P.S., Seattle, WA.

FOR APPELLEE HVB:          MARK W. LERNER (Trevor J. Welch, *on the brief*), Kasowitz, Benson, Torres & Friedman, LLP, New York, NY.

FOR APPELLEE KATTEN:       TED PORETZ, Ellenoff Grossman & Schole, LLP, New York, NY.

FOR APPELLEE ENTERPRISE:   KENNETH J. KELLY (Lori A. Jordan, *on the brief*), Epstein Becker & Green, P.C., New York, NY.

Appeal from the United States District Court for the Southern District of New York (Gardephe, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED**.

Appellants Michael and Barbara Malone (the "Malones") appeal from a judgment of the United States District Court for the Southern District of New York (Gardephe, *J.*), which dismissed as time-barred their claims against Appellees Bayerische Hypo-Und Vereinsbank (collectively with related entity, "HVB"), Katten Muchin Rosenman, LLP ("Katten"), and Enterprise Financial Services Corporation ("Enterprise"). We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

The Malones' claims against HVB and Enterprise are not tolled under 28 U.S.C. § 1367(d). That provision applies only to state claims dismissed from federal court and subsequently re-filed in state court. *Seabrook v. Jacobson*, 153 F.3d 70, 72 (2d Cir. 1998). This interpretation of the provision is in keeping with the nature of the broader statutory section, which addresses supplemental jurisdiction over state claims. 28 U.S.C. § 1367; *see In re Ames Dep't Stores, Inc.*, 582 F.3d 422, 427 (2d Cir. 2009) (noting that in interpreting statutory language, we must consider "the specific context in which that language is used, and the broader context of the statute as a whole").

As for the claims against Katten, Judge Gardephe correctly found that the Malones were on inquiry notice concerning Katten's role in the underlying alleged fraud since at least 2003. Accordingly, those claims are also time-barred.

On these and all remaining issues, we agree with the district court's thorough and well-reasoned opinion. For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk